United States Bankruptcy Court

Central District of California

In re:                                                                                      Case No. 23-12263-DS
Frank Rocco Chimenti                                                        Chapter 7
Mara Liz Chimenti
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2                      User: admin                        Page 1 of 2
Date Rcvd: Jun 28, 2023           Form ID: ustabus1               Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank Rocco Chimenti, Mara Liz Chimenti, 32 River Rock Court, Azusa, CA 91702-6274 |
| 41499709 | + | Cadillac Financial, P.O. Box 183593, Arlington, TX 76096-3593 |
| 41499711 | | Chimenti Baking Company, Inc., 80 W. Sierra Madre Blvd, No. 363, Glendale, CA 91204 |
| 41499713 | + | Comenity - AAA Visa Signature, P.O. Box 183003, Columbus, OH 43218-3003 |
| 41499714 | + | El Milagro Baked Goods, 13309 Paxton Street, Pacoima, CA 91331-2340 |
| 41499716 | + | Giuseppe Luna, 1137 N. Mentor Ave., Pasadena, CA 91104-3825 |
| 41499718 | + | IsoTech, 311 N. Crescent Way, Anaheim, CA 92801-6709 |
| 41499723 | + | So Cal Edison, P.O. Box 6400, Rancho Cucamonga, CA 91729-6400 |
| 41499727 | + | Water for Living, LLC, c/o Duff Law, PLLC, 43-10 Crescent St. 1217, Long Island City, NY 11101-4248 |
| 41499728 | + | Water for Living, LLC, c/o Duff Law, PLLC, 43-10 Crescent Street, Ste. 1217, Long Island City, NY 11101-4248 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jun 29 2023 01:20:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jun 29 2023 01:21:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jun 29 2023 01:20:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41499708 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2023 01:20:00 | Ally Financial, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 41499710 | + | Email/Text: USCBNotices@cdtfa.ca.gov | Jun 29 2023 01:21:00 | California Dept. of Tax and Fee Administratio, P.O. Box 942879, Sacramento, CA 94279-0001 |
| 41499712 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2023 01:30:07 | Citi - Costco, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 41499715 | | Email/Text: BKBNCNotices@ftb.ca.gov | Jun 29 2023 01:21:00 | Franchise Tax Board, Bankruptcy Section MS:1-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41499717 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2023 01:20:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 41499719 | ^ | MEBN | Jun 29 2023 01:11:48 | JP Morgan Chase, c/o Suttell & Hammer, APC, P.O. Box C-90006, Bellevue, WA 98009 |
| 41499720 | ^ | MEBN | Jun 29 2023 01:11:48 | JP Morgan Chase Bank, N.A., c/o Suttell & Hammer, APC, P.O. Box C-90006, Bellevue, WA 98009 |
| 41499721 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 2:23-bk-12263-DS    Doc 15    Filed 06/30/23    Entered 06/30/23 21:14:37    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: ustabus1 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 41499722 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2023 01:20:00 | Kohl's, P.O. Box 1456, Charlotte, NC 28201-1456 |
| | | | Jun 29 2023 01:30:08 | Macy's, P.O. Box 6786, Sioux Falls, SD 57117-6786 |
| 41499724 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 01:18:32 | Synchrony Bank - Ashley, P.O. Box 960061, Orlando, FL 32896-0061 |
| 41499725 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 01:30:12 | Synchrony Bank - La-Z Boy, P.O. Box 960061, Orlando, FL 32896-0061 |
| 41499726 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jun 29 2023 01:20:00 | US Bank Home Mortgage, P.O. Box 21948, Saint Paul, MN 55121 |
| 41499729 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 29 2023 01:40:37 | Wells Fargo Auto, P.O. Box 5265, Sioux Falls, SD 57117-5265 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Brad D Krasnoff (TR) | BDKTrustee@DanningGill.com bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com |
| Mandy Youngblood | on behalf of Interested Party Courtesy NEF csbk@gmfinancial.com |
| Michael A Cisneros | on behalf of Debtor Frank Rocco Chimenti mcisneros@mac.com |
| Michael A Cisneros | on behalf of Joint Debtor Mara Liz Chimenti mcisneros@mac.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 6

Form abusecac1
(07/06)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# CLERK'S NOTICE OF UNITED STATES TRUSTEE'S STATEMENT OF PRESUMED ABUSE

**DEBTOR(S) INFORMATION:**
Frank Rocco Chimenti
**SSN:** xxx–xx–8456
**EIN:** N/A
aka Frank Chimenti, aka Frank R Chimenti
Mara Liz Chimenti
**SSN:** xxx–xx–3913 aka Mara Chimenti, aka Mara L Chimenti

32 River Rock Court
Azusa, CA 91702

**BANKRUPTCY NO.** 2:23–bk–12263–DS
**CHAPTER** 7
aka Mara Chimenti, aka Mara L Chimenti

The United States Trustee has reviewed all materials filed by the Debtor and has determined that the Debtor's case is presumed to be an abuse under Section 707(b).

As required by 11 U.S.C. Section 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Section 707(b) or file a statement setting forth the reasons United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Section 707(b)(2)(B).

Dated: June 28, 2023

For the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form rev. 07/06) abusecac1

**14 / NMTr**