**BRAD D. KRSNOFF (SBN 125065)**
BDKTrustee@danninggill.com
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
Telephone    (310)277-0077
Facsimile:    (310) 277-5735

CHAPTER 7 TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FRANK ROCCO CHIMENTI<br>MARA LIZ CHIMENTI<br><br>Debtors. | CASE NO. 2:23-bk-12263-DS<br><br>Chapter 7<br><br>**NOTICE OF INTENTION TO ABANDON ASSETS (LBR 6007-1)**<br><br>(No Hearing Required) |

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Brad D. Krasnoff, the duly appointed Chapter 7 Trustee herein (the "Trustee"), intends to and will abandon the following described property which is burdensome and, of inconsequential value and benefit to the estate. The Trustee has determined that the listed assets have no realizable equity for creditors net of any applicable exemptions. Therefore, the Trustee hereby gives notice of intention to abandon the following assets:

32 River Rock Court, Azusa, California 91702

| | |
|---|---|
| Scheduled value | $965,000.00 |
| Trustee's estimate of value | $965,000.00 |
| Scheduled encumbrance | $652,695.65 |
| Debtor's Exemption Claim | $312,304.35 |

41579 Big Bear Boulevard, Big Bear Lake, California 92315 (Timeshare)

| | |
|---|---|
| Scheduled value | $0.00 |
| Trustee's estimate of value | $0.00 |
| Scheduled encumbrance | $0.00 |
| Debtor's Exemption Claim | $0.00 |

The Trustee believes that with no realizable equity, value or benefit, the insurability and maintenance of the assets is burdensome to the estate.

Unless objections in conformity with Local Bankruptcy Rule 9013-1 and a request for hearing are filed and served upon the Trustee within 14 days from the service of this notice, plus an additional 3 days unless this notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B), the Trustee hereby abandons any interest in the above-described assets without further notice.  In the event of a timely objection in proper form and request for hearing, the undersigned will set and give notice of the objection for hearing.

To the extent that a motion, request and/or, application is required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or the Local Bankruptcy Rules applicable hereto, this Notice shall constitute such motion, request and/or application.

DATED: July 10, 2023

_____
Brad D. Krasnoff
Chapter 7 Trustee

DATE OF MAILING:  July 10, 2023

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF INTENTION TO ABANDON ASSETS (LBR 6007-1) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  July 10, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:  On  July 10, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 10, 2023 | Beverly Lew | */s/ Beverly Lew* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1720948.1   26263  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Michael A Cisneros on behalf of Debtor Frank Rocco Chimenti
mcisneros@mac.com

Michael A Cisneros on behalf of Joint Debtor Mara Liz Chimenti
mcisneros@mac.com

Brad D Krasnoff (TR)
BDKTrustee@DanningGill.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com

Arvind Nath Rawal on behalf of Creditor Ally Bank, c/o AIS Portfolio Services, LLC
arawal@aisinfo.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Mandy Youngblood on behalf of Interested Party Courtesy NEF
csbk@gmfinancial.com

**2. SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| Frank Rocco Chimenti<br>32 River Rock Court<br>Azusa, CA 91702-6274 | Mara Liz Chimenti<br>32 River Rock Court<br>Azusa, CA 91702-6274 | Ally Bank, c/o AIS Portfolio Services,<br>LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | OFFICE OF FINANCE CITY OF<br>LOS ANGELES<br>200 N SPRING ST RM 101 CITY<br>HALL<br>LOS ANGELES CA 90012-3224 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| Ally Financial<br>P.O. Box 380902<br>Bloomington, MN 55438-0902 | Cadillac Financial<br>P.O. Box 183593<br>Arlington, TX 76096-3593 | California Dept. of Tax and Fee<br>Administrati<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 |
| Chimenti Baking Company, Inc.<br>80 W. Sierra Madre Blvd<br>No. 363<br>Glendale, CA 91204 | Citi - Costco<br>P.O. Box 790046<br>Saint Louis, MO 63179-0046 | Comenity - AAA Visa Signature<br>P.O. Box 183003<br>Columbus, OH 43218-3003 |
| El Milagro Baked Goods<br>13309 Paxton Street<br>Pacoima, CA 91331-2340 | Franchise Tax Board<br>Bankruptcy Section MS:1-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Giuseppe Luna<br>1137 N. Mentor Ave.<br>Pasadena, CA 91104-3825 |

1720948.1  26263  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | IsoTech<br>311 N. Crescent Way<br>Anaheim, CA 92801-6709 | JP Morgan Chase<br>c/o Suttell & Hammer, APC<br>P.O. Box C-90006<br>Bellevue, WA 98009 |
| JP Morgan Chase Bank, N.A.<br>c/o Suttell & Hammer, APC<br>P.O. Box C-90006<br>Bellevue, WA 98009 | Kohl's<br>P.O. Box 1456<br>Charlotte, NC 28201-1456 | Macy's<br>P.O. Box 6786<br>Sioux Falls, SD 57117-6786 |
| So Cal Edison<br>P.O. Box 6400<br>Rancho Cucamonga, CA 91729-6400 | Synchrony Bank - Ashley<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Synchrony Bank - La-Z Boy<br>P.O. Box 960061<br>Orlando, FL 32896-0061 |
| U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Water for Living, LLC<br>c/o Duff Law, PLLC<br>43-10 Crescent St.  1217<br>Long Island City, NY 11101-4248 |
| Water for Living, LLC<br>c/o Duff Law, PLLC<br>43-10 Crescent Street, Ste. 1217<br>Long Island City, NY 11101-4248 | Wells Fargo Auto<br>P.O. Box 5265<br>Sioux Falls, SD 57117-5265 | |

1720948.1  26263 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-3.1.PROOF.SERVICE**