United States Bankruptcy Court
Central District of California

In re:                                                                                        Case No. 23-12263-DS
Frank Rocco Chimenti                                                                          Chapter 7
Mara Liz Chimenti
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: ntcpdiv | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank Rocco Chimenti, Mara Liz Chimenti, 32 River Rock Court, Azusa, CA 91702-6274 |
| 41499709 | + | Cadillac Financial, P.O. Box 183593, Arlington, TX 76096-3593 |
| 41499711 | | Chimenti Baking Company, Inc., 80 W. Sierra Madre Blvd, No. 363, Glendale, CA 91204 |
| 41499713 | + | Comenity - AAA Visa Signature, P.O. Box 183003, Columbus, OH 43218-3003 |
| 41499714 | + | El Milagro Baked Goods, 13309 Paxton Street, Pacoima, CA 91331-2340 |
| 41499716 | + | Giuseppe Luna, 1137 N. Mentor Ave., Pasadena, CA 91104-3825 |
| 41499718 | + | IsoTech, 311 N. Crescent Way, Anaheim, CA 92801-6709 |
| 41499723 | + | So Cal Edison, P.O. Box 6400, Rancho Cucamonga, CA 91729-6400 |
| 41499727 | + | Water for Living, LLC, c/o Duff Law, PLLC, 43-10 Crescent St. 1217, Long Island City, NY 11101-4248 |
| 41499728 | + | Water for Living, LLC, c/o Duff Law, PLLC, 43-10 Crescent Street, Ste. 1217, Long Island City, NY 11101-4248 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QBDKRASNOFF.COM | Jul 12 2023 05:10:00 | Brad D Krasnoff (TR), 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006 |
| smg | | EDI: EDD.COM | Jul 12 2023 05:10:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 12 2023 05:10:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jul 12 2023 01:12:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | EDI: AISACG.COM | Jul 12 2023 05:10:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 41499708 | | EDI: GMACFS.COM | Jul 12 2023 05:10:00 | Ally Financial, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 41499710 | + | EDI: CALTAXFEE | Jul 12 2023 05:10:00 | California Dept. of Tax and Fee Administratio, P.O. Box 942879, Sacramento, CA 94279-0001 |
| 41499712 | + | EDI: CITICORP.COM | Jul 12 2023 05:10:00 | Citi - Costco, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 41499715 | | EDI: CALTAX.COM | Jul 12 2023 05:10:00 | Franchise Tax Board, Bankruptcy Section MS:1-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41499717 | | EDI: IRS.COM | Jul 12 2023 05:10:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 41499719 | ^ | MEBN | | |

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: ntcpdiv | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 41499720 | ^ | MEBN | Jul 12 2023 01:10:53 | JP Morgan Chase, c/o Suttell & Hammer, APC, P.O. Box C-90006, Bellevue, WA 98009 |
| | | | Jul 12 2023 01:10:54 | JP Morgan Chase Bank, N.A., c/o Suttell & Hammer, APC, P.O. Box C-90006, Bellevue, WA 98009 |
| 41499721 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 12 2023 01:12:00 | Kohl's, P.O. Box 1456, Charlotte, NC 28201-1456 |
| 41499722 | + | EDI: CITICORP.COM | Jul 12 2023 05:10:00 | Macy's, P.O. Box 6786, Sioux Falls, SD 57117-6786 |
| 41499724 | + | EDI: RMSC.COM | Jul 12 2023 05:10:00 | Synchrony Bank - Ashley, P.O. Box 960061, Orlando, FL 32896-0061 |
| 41499725 | + | EDI: RMSC.COM | Jul 12 2023 05:10:00 | Synchrony Bank - La-Z Boy, P.O. Box 960061, Orlando, FL 32896-0061 |
| 41499726 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jul 12 2023 01:12:00 | US Bank Home Mortgage, P.O. Box 21948, Saint Paul, MN 55121 |
| 41499729 | + | EDI: WFFC2 | Jul 12 2023 05:10:00 | Wells Fargo Auto, P.O. Box 5265, Sioux Falls, SD 57117-5265 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Brad D Krasnoff (TR) | BDKTrustee@DanningGill.com bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com |
| Mandy Youngblood | on behalf of Interested Party Courtesy NEF csbk@gmfinancial.com |
| Michael A Cisneros | on behalf of Debtor Frank Rocco Chimenti mcisneros@mac.com |
| Michael A Cisneros | on behalf of Joint Debtor Mara Liz Chimenti mcisneros@mac.com |

District/off: 0973-2    User: admin    Page 3 of 3
Date Rcvd: Jul 11, 2023    Form ID: ntcpdiv    Total Noticed: 28

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Frank Rocco Chimenti
**SSN:** xxx–xx–8456
**EIN:** N/A
aka Frank Chimenti, aka Frank R Chimenti
Mara Liz Chimenti
**SSN:** xxx–xx–3913 aka Mara Chimenti, aka Mara L Chimenti

32 River Rock Court
Azusa, CA 91702

**BANKRUPTCY NO.** 2:23–bk–12263–DS
**CHAPTER** 7
aka Mara Chimenti, aka Mara L Chimenti

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above-captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before October 13, 2023**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: July 11, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015

**16 / KB**