FormCACB (hrgreaf – van190z)
(Rev. 10/2022)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF HEARING RE: REAFFIRMATION AGREEMENT

**DEBTOR(S) INFORMATION:**
Frank Rocco Chimenti
aka Frank Chimenti, aka Frank R Chimenti
**SSN:** xxx–xx–8456
**EIN:** N/A
Mara Liz Chimenti
aka Mara Chimenti, aka Mara L Chimenti
**SSN:** xxx–xx–3913
32 River Rock Court
Azusa, CA 91702

**BANKRUPTCY NO.** 2:23–bk–12263–DS
**CHAPTER** 7

**NOTICE IS HEREBY GIVEN** that a Reaffirmation Agreement between the above–named Debtor(s) and creditor AMERICREDIT FINANCIAL SERVICES INC dba GM FINANCIAL was filed in the above case on 7/21/2023 .

**YOU ARE HEREBY NOTIFIED** that a hearing to consider whether to approve the Reaffirmation Agreement will be conducted using Zoom for Government:

| | |
|---|---|
| **Date:** | **August 30, 2023** |
| **Time:** | **11:30 AM** |
| **Hearing Judge:** | **Deborah J. Saltzman** |

You will not be permitted to be physically present in the courtroom. You may connect to the videoconference by entering the Videoconference URL shown below into an internet browser on a computer, tablet or smartphone, and entering the meeting ID and password, when prompted:

| | |
|---|---|
| **Videoconference URL:** | **https://cacb.zoomgov.com/j/1612800454** |
| **Meeting ID:** | **161 280 0454** |
| **Password:** | **368443** |

If you are unable to send and receive audio or video through your computer or other device, or do not have a computer or smartphone, you may appear by telephone by dialing the following number and entering the following conference information:

| | |
|---|---|
| **Audioconference Tel. No.:** | **1 (669) 254 5252 or 1 (646) 828 7666** |
| **Meeting ID:** | **161 280 0454** |
| **Password:** | **368443** |

If the Debtor(s) choose(s) not to appear at the hearing noted above, the Reaffirmation Agreement may be disapproved and declared unenforceable.

Information about the Debtor Assistance Program regarding free legal assistance to debtors who cannot afford an attorney in the Central District of California is available on the Court's website https://www.cacb.uscourts.gov/dont–have–attorney.

Dated: July 21, 2023

FOR THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrgreaf – van190z Rev. 10/2022))

**23 – 22 / MB2**