United States Bankruptcy Court

Central District of California

In re:  Case No. 23-12263-DS
Frank Rocco Chimenti  Chapter 7
Mara Liz Chimenti
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jul 21, 2023      Form ID: van190z      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank Rocco Chimenti, Mara Liz Chimenti, 32 River Rock Court, Azusa, CA 91702-6274 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Jul 22 2023 00:57:00 | | AmeriCredit Financial Services Inc dba GM Financia, Phillip Ford Sr, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Brad D Krasnoff (TR) | BDKTrustee@DanningGill.com  bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com |
| Mandy Youngblood | on behalf of Interested Party Courtesy NEF csbk@gmfinancial.com |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 21, 2023 | Form ID: van190z | Total Noticed: 2

Mandy Youngblood
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial csbk@gmfinancial.com

Michael A Cisneros
    on behalf of Debtor Frank Rocco Chimenti mcisneros@mac.com

Michael A Cisneros
    on behalf of Joint Debtor Mara Liz Chimenti mcisneros@mac.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 7

FormCACB (hrgreaf – van190z)
(Rev. 10/2022)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF HEARING RE: REAFFIRMATION AGREEMENT

**DEBTOR(S) INFORMATION:**
Frank Rocco Chimenti
aka Frank Chimenti, aka Frank R Chimenti
**SSN:** xxx–xx–8456
**EIN:** N/A
Mara Liz Chimenti
aka Mara Chimenti, aka Mara L Chimenti
**SSN:** xxx–xx–3913
32 River Rock Court
Azusa, CA 91702

**BANKRUPTCY NO.** 2:23–bk–12263–DS
**CHAPTER** 7

**NOTICE IS HEREBY GIVEN** that a Reaffirmation Agreement between the above–named Debtor(s) and creditor AMERICREDIT FINANCIAL SERVICES INC dba GM FINANCIAL was filed in the above case on 7/21/2023 .

**YOU ARE HEREBY NOTIFIED** that a hearing to consider whether to approve the Reaffirmation Agreement will be conducted using Zoom for Government:

    **Date:**    **August 30, 2023**
    **Time:**    **11:30 AM**
    **Hearing Judge:**    **Deborah J. Saltzman**

You will not be permitted to be physically present in the courtroom. You may connect to the videoconference by entering the Videoconference URL shown below into an internet browser on a computer, tablet or smartphone, and entering the meeting ID and password, when prompted:

    **Videoconference URL:**    https://cacb.zoomgov.com/j/1612800454
    **Meeting ID:**    161 280 0454
    **Password:**    368443

If you are unable to send and receive audio or video through your computer or other device, or do not have a computer or smartphone, you may appear by telephone by dialing the following number and entering the following conference information:

    **Audioconference Tel. No.:**    1 (669) 254 5252 or 1 (646) 828 7666
    **Meeting ID:**    161 280 0454
    **Password:**    368443

If the Debtor(s) choose(s) not to appear at the hearing noted above, the Reaffirmation Agreement may be disapproved and declared unenforceable.

Information about the Debtor Assistance Program regarding free legal assistance to debtors who cannot afford an attorney in the Central District of California is available on the Court's website https://www.cacb.uscourts.gov/dont–have–attorney.

Dated: July 21, 2023

FOR THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrgreaf – van190z Rev. 10/2022))

**23 – 22 / MB2**