United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-12263-DS |
| Frank Rocco Chimenti | Chapter 7 |
| Mara Liz Chimenti | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Frank Rocco Chimenti, Mara Liz Chimenti, 32 River Rock Court, Azusa, CA 91702-6274 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Brad D Krasnoff (TR) | BDKTrustee@DanningGill.com bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com |
| Mandy Youngblood | on behalf of Interested Party Courtesy NEF csbk@gmfinancial.com |
| Mandy Youngblood | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial csbk@gmfinancial.com |
| Michael A Cisneros | on behalf of Debtor Frank Rocco Chimenti mcisneros@mac.com |
| Michael A Cisneros | |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Joint Debtor Mara Liz Chimenti mcisneros@mac.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 7

| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>BRAD D. KRASNOFF – SBN 125065<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA  90067-6006<br>(310) 277-0077<br>(310) 277-5735 (Fax)<br>BDKTrustee@DanningGill.com<br><br>☐ *Attorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 23 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell  DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
| In re:<br><br>FRANK ROCCO CHIMENTI<br>MARA LIZ CHIMENTI,<br><br><br><br>Debtors. | CASE NO.: 2:23-bk-12263-DS<br>CHAPTER:  7<br><br>**ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**<br>**(1) COURT AND U.S. TRUSTEE FEES; AND**<br>**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**<br>**[LBR 2016-1(c)(4)]**<br><br>DATE:  February 22, 2024<br>TIME:   11:30 a.m.<br>COURTROOM:  1639<br>ADDRESS: United States Bankruptcy Court<br>        255 E. Temple Street,<br>        Los Angeles, CA  90012 |

The chapter 7 trustee filed a Trustee's Final Report in this case.  Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals.  Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees:  U.S. Bankruptcy Court and U.S. Trustee**

    U.S. Bankruptcy Court fees *(specify)*

    |  | $ |
    |---|---|
    |  | $ |
    |  | $ |

    | Subtotal of court fees: | $0.00 |
    |---|---|
    | U.S. Trustee fees | $0.00 |
    | Total allowed court and U.S. Trustee fees | $0.00 |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 1      **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

2. **Professional Fees and Expenses:**

    a. Chapter 7 Professional Fees and Expenses:

    |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
    |---|---|---|---|---|
    | (1) **Name of Professional/Profession:** | | | | |
    | Fees | $ | $ | $ | $ |
    | Expenses | $ | $ | $ | $ |
    | (2) **Name of Professional/Profession:** | | | | |
    | Fees | $ | $ | $ | $ |
    | Expenses | $ | $ | $ | $ |

    ☐ Additional professional fees and expenses attached.

    b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

    |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
    |---|---|---|---|---|
    | (1) **Name of Professional/Profession:** | | | | |
    | Fees | $ | $ | $ | $ |
    | Expenses | $ | $ | $ | $ |
    | (2) **Name of Professional/Profession:** | | | | |
    | Fees | $ | $ | $ | $ |
    | Expenses | $ | $ | $ | $ |

    ☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**

    a. Chapter 7 Trustee Fees and Expenses:

    |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
    |---|---|---|---|---|
    | **BRAD D. KRASNOFF, Trustee** | | | | |
    | Fees | $700.50 | $700.50 | $0.00 | $700.50 |
    | Expenses | $33.59 | $33.59 | $0.00 | $33.59 |
    | Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 |
    | Bond | $0.00 | $0.00 | $0.00 | $0.00 |
    | Taxes | $0.00 | $0.00 | $0.00 | $0.00 |

    ☐ Additional trustee fees and expenses attached.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

|  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** (*name*): | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| Bank Fees | $ | $ | $ | $ |
| Bond | $ | $ | $ | $ |
| Taxes | $ | $ | $ | $ |

☐ Additional trustee fees and expenses attached.

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order. Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☐ Other:

### 

Date: February 23, 2024

Deborah J. Saltzman
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**